# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: A DARK IN COLOR 2015 CHEVROLET CAMARO BEARING THE WISCONSIN LICENSE PLATE AXJ6515 (A-4) | **Case No. 2:25-mj-00401-MDC**<br><br>**ORDER GRANTING MOTION TO UNSEAL (ECF No. 1)** |

The government has filed a Motion to Unseal (ECF No. 1) this matter because a subsequent indictment was filed in *US v. CLARENCE HARRIS*, 2:26-CR-0064-RFB-DJA and unsealing this matter will allow the government to provide documents in discovery. For cause shown, **IT IS ORDERED** the Motion (ECF No. 1) is **GRANTED** and this matter shall be **UNSEALED.**

The Clerk of Court is kindly directed to unseal this matter.

Dated: May 22, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge